**Order filed, December 02, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00777-CR

———————

### LUKE WAYNE HILTON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

On Appeal from the 228th District Court
Harris County, Texas
Trial Court Cause No. 1408458

## ORDER

The reporter's record in this case was due **November 17, 2014**. *See* Tex. R. App. P. 35.1. On **October 20, 2014**, **Walter Johnson** attempted to file the record which was rejected for improper signature, and because the exhibit volume was corrupted. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Walter Johnson**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM